UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

**FRCP 7.1**
**STATEMENT**

08-CIV-

                                                    Plaintiffs,

**08 CIV. 5349**

            -against-

TARA-CON INDUSTRIES, INC.,

**BRIEANT**

                                                    Defendant.
-------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to
enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or
recusal, the undersigned counsel for the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO (a
private non-governmental party) certifies that the following are corporate parents, affiliates
and/or subsidiaries of said party which are publicly held:

NONE

Dated: June 10, 2008

                                        James M. Steinberg, Esq. (JS-3515)