AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R et al.

V.

Tara-Con Industries, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CIV. 5349**

BRIEANT

TO: (Name and address of defendant)

Tara-Con Industries, Inc.
1166 Peekskill Hollow Road
Kent Lakes, New York 10512

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

JUN 1 1 2008
DATE

(BY) DEPUTY CLERK

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

Index # 08 CIV. 5349                                                    Purchased/Filed: June 11, 2008

State of New York          U. S. District Court          Southern New York County

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds, etc., et al     Plaintiff

against

Tara-Con Industries, Inc.                                                                Defendant

STATE OF NEW YORK     )
COUNTY OF FULTON      )  SS
CITY OF GLOVERSVILLE  )

Gerald Skinner, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; that on July 31, 2008, at 8:15AM, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Case and Complaint, on Tara-Con Industries, Inc. Defendant in this action, by delivering to and leaving with Donna Christie AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; that said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 35    Approx. weight: 160    Approx. Ht.: 5'6"

Sex: Female    Color of skin: White    Color of hair: Blonde    Other:

Sworn to before me on this 31st day of July, 2008

_Tammy Skinner_
TAMMY SKINNER
NOTARY PUBLIC, State of New York
01SK6024054
May, 03 2011

_Gerald Skinner_
Gerald Skinner

Invoice·Work Order # 063563

**U.S. PROCESS SERVICE INC. - 7 CENTRAL PARK AVENUE, YONKERS, NEW YORK 10705**