UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

**REQUEST TO CLERK FOR ENTRY OF DEFAULT**

08-CIV-5349 (CS)

Plaintiffs,

-against-

TARA-CON INDUSTRIES, INC.,

Defendant.
-------------------------------------------------------------------X

TO:   J. MICHAEL McMAHON, Clerk of the United States District
      Court for the Southern District of New York

Please enter the default of Defendant TARA-CON INDUSTRIES, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on August 25, 2008.

Dated:  Hastings-on-Hudson, New York
        August 25, 2008

                                    BRADY McGUIRE & STEINBERG, P.C.

                                    By: _____
                                        James M. Steinberg (JS-3515)
                                        Attorneys for Plaintiffs
                                        603 Warburton Avenue
                                        Hastings-on-Hudson, New York 10706
                                        (914) 478-4293

TO:   TARA-CON INDUSTRIES, INC.
      1166 Peekskill Hollow Road
      Peekskill, New York 10512